UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  KNOWMAD SERVICES, INC.,

                                      Plaintiff,                              **ORDER**

               -against-                                          24-CV-7665 (MKV)

  NOMAD MARKETING CONSULTING, LLC,

                                     Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties shall file a settlement status update **by August 13, 2025**.

**SO ORDERED.**

Dated: August 4, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2025