UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2025
```

KNOWMAD SERVICES, INC.,

    Plaintiff,

-against-

NOMAD MARKETING CONSULTING, LLC,

    Defendant.

24-cv-7665 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been informed by the Magistrate Judge that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and if the application to restore the action is made by September 15, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

    IT IS FURTHER ORDERED that the motion to dismiss pending at docket entry 33 is DENIED as moot. All other dates and deadlines are adjourned *sine die*.

    The Clerk of Court respectfully is requested to terminate docket entry 33 and to close this case.

**SO ORDERED.**

Date: August 15, 2025
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1